

Sweet Pork Ribs
Family Pack
29.99
XL Family Pack
39.99
Southern Pulled Pork
Meat by the Pound
Per Pound 12 99
Ribs Per Pound 13 99
1 99
3 49
6 49
23 99




