AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Dickey's Barbecue Restaurants, Inc. | ) | **3-10CV-300-P** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Lira, LLC and Luigi Mangione | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
    Mr. Luigi Mangione  
    2441 N. Snow Goose Way  
    Meridian, Idaho 83646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
    Mr. Stephen A. Coke  
    Wesner, Coke & Clymer, P.C.  
    Three Galleria Tower, Suite 800  
    13155 Noel Road  
    Dallas, Texas 75240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 16 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Dickey's Barbecue Restaurants, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3-10CV-300-P |
| Lira, LLC and Luigi Mangione | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lira, LLC, by serving
Mr. Luigi Mangione, Registered Agent at Registered Address at
2441 N. Snow Goose Way
Meridian, Idaho 83646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mr. Stephen A. Coke
Wesner, Coke & Clymer, P.C.
Three Galleria Tower, Suite 800
13155 Noel Road
Dallas, Texas 75240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 16 2010

*Signature of Clerk or Deputy Clerk*