Cause No. 310CV0300P       {}       In the Other Court
                           {}       NORTH DIST County
Plaintiff:                 {}
DICKEYS BARBECUE RESTAURANTS
INC

Defendant:
LIRA LLC AND LUIGI MANGIONE



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR   3  2010

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

Officer's Return

Came to hand February 22, 2010 at 1:55 P.M. and executed in Travis County, Texas, on February 23, 2010 at 11:20 A.M. by delivering to LIRA LLC BY SERVING MR. LUIGI MANGIONE by delivering to Hope Andrade, Secretary of State of the State of Texas, at 1019 Brazos Street, Austin, Texas, 78701, by delivering to GAYLE MARIE LINEMAN, designated agent for service for the Secretary of State, duplicate true copies of the SUMMONS together with accompanying duplicate true copies of the PLAINTIFF'S ORIGINAL COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION AND RECOVERY OF DAMAGES; APPENDIX TO PLAINTIFF'S ORIGINAL COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION AND RECOVERY OF DAMAGES; BRIEF IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; PLAINTIFF'S MOTION FOR LEAVE TO FILE AFFIDAVIT OF MICHELLE FRAZIER UNDER SEAL PURSUANT TO LOCAL RULE 79.3, AND BRIEF; APPENDIX TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AFFIDAVIT OF MICHELLE FRAZIER UNDER SEAL PURSUANT TO LOCAL RULE 79.3, AND BRIEF; CERTIFICATE OF INTERESTED PERSONS; CERTIFICATE OF ATTORNEY UNDER FRCP 65 (B) (1) (B) AND LOCAL RULE 7.1. PROPOSED TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE; PROPOSED ORDER.

FEE: $ 70 Paid

Bruce Elfant,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Lydia M. Barron, Deputy

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Dickey's Barbecue Restaurants, Inc. ) <br> ) <br> *Plaintiff* ) <br> v. )    Civil Action No. <br> Lira, LLC and Luigi Mangione ) <br> )    **3 - 10CV0300 - P** <br> *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

               Lira, LLC, by serving
               Mr. Luigi Mangione, Registered Agent at Registered Address at
               2441 N. Snow Goose Way
               Meridian, Idaho 83646

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mr. Stephen A. Coke
                                               Wesner, Coke & Clymer, P.C.
                                               Three Galleria Tower, Suite 800
                                               13155 Noel Road
                                               Dallas, Texas 75240

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   FEB 1 6 2010                                           CLERK OF COURT

                                                                *Signature of Clerk or Deputy Clerk*

RECEIVED

2010 FEB 22 PM 1: 55

CONSTABLE PRECINCT 5
TRAVIS COUNTY, TEXAS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: