Bond No. 022029403

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*CLERK US DISTRICT COURT*
*NORTHERN DIST. OF TX*
*FILED*
*2010 MAR -9 AM 9:53*
*DEPUTY CLERK ___RR___*

DICKEY'S BARBECUE RESTAURANTS, INC.
    Plaintiff,          X

v.                                    X

                                    X                 3:10-CV-300-P

LIRA, LLC and LUIGI MANGIONE,    X

                                    X

    Defendants.

## Temporary Restraining Order Bond

KNOW ALL MEN BY THESE PRESENTS, THAT WE, **Dickey's Barbecue Restaurants, Inc.**, as principal, and **Liberty Mutual Insurance Company**, as Surety, are held and firmly bound unto **Lira, LLC and Luigi Mangione**, Defendant, in the sum of **FIVE THOUSAND & NO/100** DOLLARS for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors and administrators, jointly and severally, by these presents.

WHEREAS, by order of the **United States District Judge, Northern District of Texas, Dallas Division** on the **3rd** day of **March**, **2010**, Plaintiff was required to file this bond in the sum of **Five Thousand and No/100 - - - - -($5,000.00)** DOLLARS as a condition for a Temporary Restraining Order, to be in effect enjoining the above named Defendant from the commission of certain acts as more fully set forth in said order.

NOW THEREFORE, **Liberty Mutual Insurance Company**, as Surety, in consideration of the premises and the issuance of the Temporary Restraining Order, do hereby undertake all costs, disbursements, and such damages that may be decreed to the Defendant not exceeding the amount of **$5,000.00**.

Dollars as the Defendant may sustain by reason of said Temporary Restraining Order if the same be wrongful and without sufficient cause, otherwise this surety bond should be null and void.

Signed, sealed and dated this   **8th**   day of  **March** ,  **2010**

                                           DICKEY'S BARBECUE RESTAURANTS, INC.
                                                                              Principal
                                                   By: _____
                                                         Roland R. Dickey, Jr., President

                                          **Liberty Mutual Insurance Company**
                                                                                   Surety
                                                  By: _____
                                                        Linda Spratt              , Attorney-in-fact

2579456

THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**LIBERTY MUTUAL INSURANCE COMPANY**
**BOSTON, MASSACHUSETTS**
**POWER OF ATTORNEY**

KNOW ALL PERSONS BY THESE PRESENTS: That Liberty Mutual Insurance Company (the "Company"), a Massachusetts stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint

**LINDA SPRATT, JEFFERY L. TRENTHAM, KEITH MONTGOMERY, ALL OF THE CITY OF DALLAS, STATE OF TEXAS**

..................................................................................................................................................................
..................................................................................................................................................................

, each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding **TWENTY FIVE MILLION AND 00/100*********************** DOLLARS ($ 25,000,000.00***** **)** each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

  ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
  Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

  Pursuant to Article XIII, Section 5 of the By-Laws, Garnet W. Elliott, Assistant Secretary of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this __5th__ day of __June__, __2009__.

**LIBERTY MUTUAL INSURANCE COMPANY**

By _____
Garnet W. Elliott, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA   ss
COUNTY OF MONTGOMERY

On this __5th__ day of __June__, __2009__, before me, a Notary Public, personally came Garnet W. Elliott, to me known, and acknowledged that he is an Assistant Secretary of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires March 28, 2013
Member, Pennsylvania Association of Notaries

By _____
Teresa Pastella, Notary Public

**CERTIFICATE**

I, the undersigned, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the officer or official who executed the said power of attorney is an Assistant Secretary specially authorized by the chairman or the president to appoint attorneys-in-fact as provided in Article XIII, Section 5 of the By-laws of Liberty Mutual Insurance Company.

This certificate and the above power of attorney may be signed by facsimile or mechanically reproduced signatures under and by authority of the following vote of the board of directors of Liberty Mutual Insurance Company at a meeting duly called and held on the 12th day of March, 1980.

  VOTED that the facsimile or mechanically reproduced signature of any assistant secretary of the company, wherever appearing upon a certified copy of any power of attorney issued by the company in connection with surety bonds, shall be valid and binding upon the company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said company, this __8th__ day of __March__, __2010__.

By _____
David M. Carey, Assistant Secretary

# 23043 - RR

Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.

To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.



# Important Notice

TO OBTAIN INFORMATION ABOUT THIS BOND OR TO MAKE A COMPLAINT:

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

800-252-3439

You may write the Texas Department of Insurance at:

P. O. Box 149104
Austin, TX 78714-9104

Your notice of claim against the attached bond may be given to the Surety Company that issued the bond by sending it to the following address:

Liberty Mutual Surety
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462-8284

You may contact the claim office by telephone at:

610-832-8240

Premium or Claim Disputes

If you have a dispute concerning a premium, you should contact the agent first. If you have a dispute concerning a claim, you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

*This notice is for information purposes only and does not become a part of or a condition of the attached document. It is given to comply with Section 2253.048, Government Code, and Section 53.202, Property Code, Effective September 1, 2001*