

# The State of Texas
## Secretary of State

2010-179705-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Action and Plaintiff's Original Complaint and Application For Temporary Restraining Order Preliminary and Permanent Injunction and Recovery Of Damages and Brief In Support of Plaintiff's Application for Temporary Order and Preliminary Injunction in the cause styled:

> Dickey's Barbecue Restaurants Inc Vs Lira LLC and Luigi Mangione
> United States District Court Northern District of Texas
> Cause No: 310CV0300P

was received by this office on February 23, 2010, and that a copy was forwarded on March 3, 2010, by CERTIFIED MAIL, return receipt requested to:

> Lira LLC
> Mr Luigi Mangione Registered Agent
> 2441 N Snow Goose Way
> Meridian, ID 83646

The RETURN RECEIPT was received in this office dated March 5, 2010, bearing the Signature Of Addressee's Agent.

Date issued: March 9, 2010

Hope Andrade
Secretary of State

ST/lsv