IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DICKEY'S BARBECUE RESTAURANTS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 3:10-CV-0300-P |
| | § | |
| LIRA, LLC and LUIGI MANGIONE | § | |
| | § | |
| Defendants. | § | |

ORDER EXTENDING TEMPORARY RESTRAINING ORDER

CAME ON for consideration Plaintiff's Motion to Extend Temporary Restraining Order and Brief in the above styled and numbered cause and the Court finds there is good cause to grant Plaintiff's Motion to Extend Temporary Restraining Order in order to allow Plaintiff sufficient time to file a motion for default judgment for failure of Defendants to (a) answer or otherwise respond to the Summons in this case and (b) respond to Plaintiff's Motion for Preliminary Injunction as required by the Court's Order dated March 3, 2010 and that Plaintiff's Motion to Extend Temporary Restraining Order is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Temporary Restraining Order is hereby granted and that the Court's Order dated March 3, 2010 granting the Plaintiff's temporary restraining order is hereby extended for an additional 14 days upon the same terms as set forth in the original Order.

SO ORDERED this the 17th day of March, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE