IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DICKEY'S BARBECUE RESTAURANTS, INC. §<br>Plaintiff, §<br>§<br>§ CIVIL ACTION NO. 3:10-CV-0300-P<br>§<br>§<br>vs. §<br>§<br>§<br>§<br>LIRA, LLC and LUIGI MANGIONE §<br>§<br>Defendants. | |

ENTRY OF DEFAULT

CAME ON for consideration Plaintiff's Request for Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) and the Clerk, after examining the records in the above styled and numbered action and it appearing that summons have been served upon the Defendants Lira, LLC and Luigi Mangione, and that each of the Defendants have failed to file an answer or otherwise respond or appear herein, finds that the Request should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Request for Clerk to Enter Default Pursuant to F.R.C.P. 55(a) is hereby granted, and the Clerk of the Court hereby enters a default pursuant to F.R.C.P. 55(a) against Defendants Lira, LLC and Luigi Mangione.

SIGNED this the ___ day of _____ 2010.

_____
UNITED STATES DISTRICT CLERK