UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| **Dickey's Barbecue Restaurants, Inc.** | § | |
| **Plaintiff** | § | |
| v. | § | Civil No. 3:10cv300-P |
| **Lira, LLC; Luigi Mangione** | § | |
| **Defendants** | § | |

### CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendants Lira, LLC and Luigi Mangione, and it further appearing from the Plaintiff's request, and evidence of service of process entered in this case on 03/15/2010, that said Defendants have failed to plead, respond, or otherwise defend in said action as directed;

NOW, THEREFORE, on Plaintiff's request, this 26th day of March, 2010,

DEFAULT is hereby entered against defendants Lira LLC and Luigi Mangione.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/ _____

By: Deputy Clerk