IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DICKEY'S BARBECUE RESTAURANTS, INC. § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> LIRA, LLC and LUIGI MANGIONE § <br> § <br> Defendants. § | CIVIL ACTION No. 3:10-CV-0300-P |

<u>SUPPLEMENTAL APPENDIX</u>

TO PLAINTIFF'S (1) MOTION FOR DEFAULT JUDGMENT ON LIABILITY ISSUES, (2) MOTION FOR ENTRY OF PERMANENT INJUNCTION AND
(3) MOTION FOR CIVIL CONTEMPT AND SANCTIONS

1.   Certificate of Service

            Respectfully submitted,

            WESNER COKE & CLYMER, P.C.

            By: /s/ Stephen A. Coke
            Stephen A. Coke
            Texas State Bar No. 04519000
            Richard W. Winn
            Texas State Bar No. 21779700
            Three Galleria Tower - Suite 800
            13155 Noel Road
            Dallas, Texas 75240
            Telephone: (972) 770-2600
            Fax: (972) 770-2601
            E-mail: scoke@wccpc.com
                  rwinn@wccpc.com
            ATTORNEYS FOR PLAINTIFF
            DICKEY'S BARBECUE RESTAURANTS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DICKEY'S BARBECUE RESTAURANTS, INC. § | | |
| Plaintiff, | § | |
| | § | CIVIL ACTION No. 3:10-CV-0300-P |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| LIRA, LLC and LUIGI MANGIONE | § | |
| | § | |
| Defendants. | | |

CERTIFICATE OF SERVICE

I, Stephen A. Coke, of Wesner Coke & Clymer, P.C., attorneys of record for Plaintiff Dickey's Barbecue Restaurants, Inc. hereby certify that on April 8, 2010, I forwarded via Federal Express Overnight Delivery, correspondence to Defendants Lira, LLC and Mr. Luigi Mangione, a true and correct copy of which (without voluminous attachments) is attached hereto as Exhibit A and incorporated herein by reference. Also attached as part of Exhibit A are the Sender's Copy and Delivery Receipt showing receipt of the Federal Express shipment by Defendants on April 9, 2010 at 2:27 p.m.

Respectfully submitted,

WESNER COKE & CLYMER, P.C.

By: /s/ Stephen A. Coke
Stephen A. Coke
Texas State Bar No. 04519000
Richard W. Winn
Texas State Bar No. 21779700
Three Galleria Tower - Suite 800
13155 Noel Road
Dallas, Texas  75240
Telephone: (972) 770-2600
Fax: (972) 770-2601
E-mail: scoke@wccpc.com
          rwinn@wccpc.com
ATTORNEYS FOR PLAINTIFF
DICKEY'S BARBECUE RESTAURANTS, INC.

**WESNER COKE & CLYMER, P.C.**
ATTORNEYS AND COUNSELORS
THREE GALLERIA TOWER - SUITE 800
13155 NOEL ROAD
DALLAS, TEXAS 75240
(972) 770-2600

WRITER'S DIRECT NUMBER
(972) 702-7274
E-Mail: scoke@wccpc.com

FACSIMILE
(972) 770-2601

April 8, 2010

Lira, LLC
Attn: Luigi Mangione, Registered Agent
Mr. Luigi Mangione, Individually
2441 N. Snow Goose Way
Meridian, ID 83646

<u>Via FED EX 865897112651</u>

Re: Dickey's Barbecue Restaurants, Inc., v. Lira, LLC and Luigi Mangione
In the United States District Court, Northern District of Texas/Cause No.: 3:10-CV-0300-P

Dear Mr. Mangione:

Enclosed herewith are the following documents filed in the United States District Court, Northern District of Texas on April 8, 2010:

1. Plaintiff's (1) Motion for Default Judgment on Liability Issues (2) Motion for Entry of Permanent Injunction (3) Motion for Civil Contempt and Sanctions and (4) Motion to Correct Record Pursuant to FRCP 60(a);

2. Brief in Support of Plaintiff's (1) Motion for Default Judgment on Liability Issues (2) Motion for Entry of Permanent Injunction (3) Motion for Civil Contempt and Sanctions and (4) Motion to Correct Record Pursuant to FRCP 60(a);

3. Appendix to Plaintiff's (1) Motion for Default Judgment on Liability Issues (2) Motion for Entry of Permanent Injunction (3) Motion for Civil Contempt and Sanctions and (4) Motion to Correct Record Pursuant to FRCP 60(a);

4. Proposed Order.

The enclosures are tendered to you for your records. Kindest regards.

Very truly yours,

Stephen A. Coke

SAC:snp
Encl.

**EXHIBIT A**

# FedEx US Airbill

**FedEx Tracking Number:** 8658 9711 2651

## 1 From
- **Date:** 4/8/10
- **Sender's FedEx Account Number:** 1036-5404-1
- **Sender's Name:** Stephen A. Coke
- **Phone:** (972) 770-2600
- **Company:** WESNER COKE & CLYMER, P.C.
- **Address:** 13155 NOEL RD STE 800
- **City:** DALLAS  **State:** TX  **ZIP:** 75240

## 2 Your Internal Billing Reference
Luiz Mangione

## 3 To
- **Recipient's Name:** Luiz Mangione
- **Company:** Luiza Wine, LLC
- **Recipient's Address:** 2441 N. Snow Goose Way
- **City:** Meridian  **State:** ID  **ZIP:** 83646

0388468018

## 4a Express Package Service
- [X] FedEx Standard Overnight

## 4b Express Freight Service

## 5 Packaging
- [X] FedEx Pak

## 6 Special Handling
- No dangerous goods

## 7 Payment
- [X] Sender

## 8 Residential Delivery Signature Options
- [X] Direct Signature

519

Detailed Results | Printer-Friendly | Get Link | Help

Enter tracking number | Track

| Detailed Results | Notifications |

Tracking no.: 865897112651

Select time format: **12H** | 24H

E-mail notifications

# Delivered

Initiated — Picked up — In transit — Delivered

**Delivered**
Signed for by: .LAURYE

**Shipment Dates**

Ship date  Apr 8, 2010
Delivery date  Apr 9, 2010 2:27 PM

**Destination**

Proof of Delivery

## Shipment Facts                                                                                                 Help

| Service type | Standard Box - Direct Signature Required | Delivered to | Residence |
| Weight | 2.0 lbs/.9 kg | Reference | DICHERP/LIZA |

## Shipment Travel History                                                                                         Help

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Apr 9, 2010 2:27 PM | Delivered | | |
| Apr 9, 2010 9:08 AM | On FedEx vehicle for delivery | BOISE, ID | |
| Apr 9, 2010 8:55 AM | At local FedEx facility | BOISE, ID | |
| Apr 9, 2010 8:23 AM | At dest sort facility | BOISE, ID | |
| Apr 9, 2010 4:33 AM | Departed FedEx location | MEMPHIS, TN | |
| Apr 8, 2010 9:28 PM | Arrived at FedEx location | DALLAS, TX | |
| Apr 8, 2010 9:05 PM | Left FedEx origin facility | ADDISON, TX | |
| Apr 8, 2010 7:14 PM | Picked up | ADDISON, TX | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995- 2010 FedEx