IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DICKEY'S BARBECUE RESTAURANTS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | 3:10-CV-300-P |
| | § § | |
| LIRA, LLC and LUIGI MANGIONE, | § § | |
| Defendants. | § § | |

## ORDER TO SHOW CAUSE

On April 22, 2010, this Court granted Plaintiff's Motion for Default Judgment and Plaintiff's Motion for Civil Contempt and Sanctions. [Docket # 24.] Pursuant to that Order, Plaintiff's Motion for Civil Contempt and Sanctions was granted. Accordingly, Defendants Lira, LLC and Luigi Mangione are hereby ordered to show cause **in writing on or before May 24, 2010** why such Defendant should not be held in civil contempt for their disobedience of this Court's Order dated March 3, 2010, and extended March 17, 2010, granting a temporary restraining order and ordering Defendants to respond herein.

**IT IS SO ORDERED.**

Signed this 27th day of April, 2010.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE