IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DICKEY'S BARBECUE RESTAURANTS, INC., | § § § | |
| Plaintiff, | § | |
| v. | § | 3:10-CV-300-P |
| | § | |
| LIRA, LLC and LUIGI MANGIONE, | § § | |
| Defendants. | § | |

**<u>ORDER TO SHOW CAUSE</u>**

On April 22, 2010, this Court granted Plaintiff's Motion for Default Judgment and Plaintiff's Motion for Civil Contempt and Sanctions. [Docket # 24.] Pursuant to that Order, Plaintiff's Motion for Civil Contempt and Sanctions was granted. The Court reiterated this in an Order dated April 27, 2010, which also clarified that Defendants Lira, LLC and Luigi Mangione were ordered to show cause in writing on or before May 24, 2010 why such Defendants should not be held in civil contempt for their disobedience of this Court's Order dated March 3, 2010, and extended March 17, 2010, granting a temporary restraining order and ordering Defendants to respond herein. [Docket # 25.]

It is now June 3, 2010, and Defendants have not shown cause in writing – or any other means of communication – as to why they should not be held in civil contempt. Accordingly, this matter is set for a show cause hearing on **June 23, 2010 at 3:30 p.m.** before the Honorable Jorge A. Solis, United States District Judge, 1100 Commerce Street, Courtroom 1632, Dallas, Texas. Defendants Lira, LLC and Luigi Mangione are ORDERED to appear at this hearing and show cause as to why they should not be held in civil contempt for their disobedience of this Court's

Orders dated March 3, 2010, March 17, 2010, April 22, 2010, and April 27, 2010.  Defendants failure to appear at this hearing will result in the Court holding them in civil contempt for their disobedience of these Orders, as well as this Order.

**IT IS SO ORDERED.**

Signed this 3rd day of June, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE