AO 445  (Rev. 01/09)  Warrant for Arrest in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

## WARRANT FOR ARREST IN A CIVIL ACTION

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* _____, a defendant who has been served with orders to appear in this case and has failed to do so. (See attached Order.)

**YOU ARE FURTHER COMMANDED** to detain this defendant until this court orders discharge from custody.

Date and time issued: _____

*CLERK OF COURT*

City and state: _____

_____
*Signature of Clerk or Deputy Clerk*

**Return**

This warrant was received on *(date)* _____ and the person was arrested on *(date)* _____ at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*