IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DICKEY'S BARBECUE RESTAURANTS, INC., | § § § | |
| Plaintiff, | § | |
| v. | § | 3:10-CV-300-P |
| | § | |
| LIRA, LLC and LUIGI MANGIONE, | § § | |
| Defendants. | § § | |

### ORDER RESETTING SHOW CAUSE HEARING DATE

Now before the Court is Defendants' Motion to Vacate Hearing, filed on July 19, 2010. After reviewing Defendants' request and conferring with counsel for both parties, the Court is of the opinion that the show cause hearing in the above captioned case, currently set for July 21, 2010, should be continued to allow the parties to work towards a settlement agreement.[1]  This hearing, and any additional scheduling matters, will be reset by written order of the Court.

**IT IS SO ORDERED.**

Signed this 20th day of July, 2010.

_JORGE A. SOLIS_
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

---

[1] Neither the Court's previous orders, nor Plaintiff's rights in this case, are altered in any way by continuing the date of the show cause hearing.