AO 445 (Rev. 01/09) Warrant for Arrest in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| DICKEY'S BARBECUE RESTAURANTS INC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:10-CV-300-P |
| LIRA LLC, et al | ) |
| *Defendant* | ) |

## WARRANT FOR ARREST IN A CIVIL ACTION

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Luigi Mangione _____, a defendant who has been served with orders to appear in this case and has failed to do so. (See attached Order.)

**YOU ARE FURTHER COMMANDED** to detain this defendant until this court orders discharge from custody.

Date and time issued:   6/24/2010 11:40 am

*CLERK OF COURT*

City and state:   Dallas, Texas

s/ A. Monserrate
*Signature of Clerk or Deputy Clerk*

---

**Return**

This warrant was received on *(date)* 6/24/2010 and the person was arrested on *(date)* _____

at *(city and state)* Returned Unexecuted per court request.

Date: 7/23/10

*Arresting officer's signature*

DAVID TRAVIS
*Printed name and title*