ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 6 2010

CLERK, U.S. DISTRICT COURT
By _____
              **Deputy**

DICKEY'S BARBECUE RESRRAURANTS, INC.
_____
            *Plaintiff*

v.

LIRA, LLC AND LUIGI MANGIONE
_____
            *Defendant*

§
§
§
§
§        Case No. _____ 3:10-cv-300-P _____
§
§
§
§
§

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

Michael J. McDonagh
_____

It is ORDERED that:

☑      the application is granted.  The Clerk of Court shall deposit the application fee to the
account of the Non-Appropriated Fund of this Court.  It is further ORDERED that, if the
Applicant has not already done so, the Applicant must register as an ECF User within 14
days.  See LR 5.1(f) and LCrR 49.2(g).

☐      the application is denied.  The Clerk of Court shall return the admission fee to the
Applicant.

July 26, 2010
_____
DATE

Jorge A. Solis
_____
PRESIDING JUDGE